1  **ROME & ASSOCIATES, A.P.C.**
   Eugene Rome (SBN 232780)
2  erome@romeandassociates.com
   Elizabeth Saura (SBN 272306)
3  lsaura@romeandassociates.com
   2029 Century Park East, Suite 1040
4  Los Angeles, California 90067
   Telephone: (310) 282-0690
5  Facsimile: (310) 282-0691

6  Attorneys for Plaintiff
   NAMECHEAP, INC.

7

8

9              UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  NAMECHEAP, INC., a Delaware          CASE NO: **CV11-8756 -PA**
    corporation,                                         **(RZx)**
13
                                          **COMPLAINT FOR:**
14              Plaintiff,
                                          1. **TRADEMARK INFRINGEMENT**
15       vs.                                 **(15 U.S.C. §1114);**
                                          2. **TRADEMARK INFRINGEMENT**
16                                           **(15 U.S.C. §1125 (A));**
    NORMAN STAFFORD, an
17  individual, and                       3. **TRADEMARK DILUTION, (15**
    SHARPREGISTER.COM, an entity             **U.S.C. §1125 (C));**
18  of unknown origin, and DOES 1        4. **CYBERPIRACY (15**
    through 10,                             **U.S.C.§1125(D);**
19
                                          5. **COMMON LAW UNFAIR**
20              Defendants.                  **COMPETITION;**
                                          6. **INJUNCTIVE RELIEF; AND**
21                                        7. **DECLARATORY RELIEF**

22                                        **DEMAND FOR JURY TRIAL**

23

24

25

26

27

28

                                 1

1       Plaintiff Namecheap, Inc. ("Plaintiff" or "Namecheap"), by and through its

2 undersigned attorneys, hereby complains against defendants Norman Stafford

3 ("Stafford"), SharpRegister.com. ("SharpRegister"), and Does 1 through 10,

4 (collectively, "Defendants"), as follows:

5                   **INTRODUCTION**

6      1.     This is a civil action by Namecheap against Defendants seeking an

7 injunction and money damages for trademark infringement, trade name

8 infringement, unfair competition, trademark dilution and cyberpiracy under federal,

9 state and common law in connection with Defendants' wrongful use of

10 Namecheap's mark, NAMECHEAP, improperly embodied in an infringing domain

11 name by the Defendants, <www.namecheap.us> (the "Infringing Domain").

12      2.     Namecheap is a Delaware corporation doing business throughout the

13 world and offering domain name registration and web-hosting services.

14      3.     Namecheap is a registered owner of the trademark,

15 NAMECHEAP.COM, embodying the term "NAMECHEAP", which it has used

16 since as early as 2000. Namecheap owns and operates its business via a website

17 accessible via the domain <namecheap.com>. Plaintiff has been operating its

18 website at www.namecheap.com since 2000.

19      4.     Namecheap has exploited the NAMECHEAP mark since 2000, by,

20 *inter alia*, marketing products under the "Namecheap" name in the United States

21 and abroad. The NAMECHEAP mark, and the derivatives thereof, have been in

22 continuous use by Namecheap, for over ten years.

23      5.     Defendants, attempting to unlawfully profit from Namecheap's

24 widespread promotion, use, marketing and advertising of the NAMECHEAP mark,

25 unlawfully adopted and, until after this lawsuit was filed, registered and used the

26 Infringing Domain to divert customers searching for Namecheap's products and

27 services marketed under the NAMECHEAP mark to its own competing website.

28 Defendants' website, <www.namecheap.us>, offers the "register or transfer" of

1   domain names and solicits visitors to "buy or renew domains" in direct competition

2   with the products and services offered by Namecheap under its mark.

3        6.   Defendants' wrongful misappropriation of the NAMECHEAP mark

4   designation and their deceptive use of variations thereof are likely to lead to

5   confusion, mistake and deception, thus infringing on Namecheap's trademark,

6   company name, and domain name, all of which feature NAMECHEAP as a

7   prominent component. Defendants' conduct violates federal, state and common law

8   as mentioned more fully herein. Namecheap will suffer irreparable injury until and

9   unless Defendants' infringing conduct is enjoined by this Court.

10   **PARTIES**

11        7.   Namecheap is, and at all times relevant hereto has been, a corporation

12   organized and existing under the laws of the State of Delaware. Namecheap

13   maintains its principal office in Los Angeles, State of California and conducts

14   business throughout the United States as well as internationally.

15        8.   Namecheap is informed and believes, and based thereon alleges, that

16   defendant SharpRegister.com is an entity of unknown origin, which does business

17   throughout the United States, including in Los Angeles, State of California, and

18   offers its goods and services for sale through various outlets over the internet at its

19   active website www.namecheap.us.  The Whois records for the Infringing Domain

20   reflect SharpRegister.com's address to be P.O. Box 401, Newburg, MD 20664.

21   Namecheap is without knowledge or information as to whether this is a true address

22   for SharpRegister.com.  Namecheap is informed and believes, and based thereon

23   alleges that SharpRegister.com website derives at least part of its traffic through the

24   use of the Infringing Domain, for which it is the registrant.  A true and correct copy

25   of the Whois record for this domain name registration is attached hereto as Exhibit

26   A.

27        9.   Namecheap is informed and believes, and based thereon alleges, that

28   defendant Norman Stafford ("Stafford"), is an individual and is the principal officer

1   of SharpRegister.com. Namecheap is without information as to Stafford's place of

2   residence.

3       10.    Namecheap is currently unaware of the true names and capacities of

4   Does 1 through 10, inclusive, whether individual, partnership, corporation,

5   unincorporated association, or otherwise, and therefore sues these defendants by

6   such fictitious names.   After discovery, which is necessary to ascertain the true

7   names and capacities of these defendants, Namecheap will amend its Complaint to

8   allege the necessary identifying details.   At all material times, each of the

9   Defendants, including Does 1 through 10, was the agent, servant, employee, partner,

10  joint venture, representative, subsidiary, parent, affiliate, alter ego, or co-conspirator

11  of the others, had full knowledge of and gave substantial assistance to the alleged

12  activities, and in doing the things alleged, each was acting within the scope of such

13  agency, service, employment, partnership, joint venture, representation, affiliation,

14  or conspiracy, and each is legally responsible for the acts and omissions of the

15  others.

16                    **JURISDICTION AND VENUE**

17      11.    This Complaint alleges trademark infringement and unfair competition

18  arising under the Lanham Act of 1946 (as amended), 15 U.S.C. §1114 and 15

19  U.S.C. §§ 1125(a), (c) and (d). This Court has subject matter jurisdiction over the

20  federal questions presented, pursuant to 15 U.S.C. § 1121 (Lanham Act), 28 U.S.C.

21  § 1331 (Federal Question) and 28 U.S.C. § 1138 (patent, trademark, copyright).

22  This Complaint also alleges violations of California law. This Court has

23  supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1338(b) and §

24  1367(a).

25      12.    Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because

26  a substantial part of the events giving rise to this lawsuit occurred in this district,

27  including but not limited to the improper advertisement of Defendants' products and

28  services under the NAMECHEAP mark, Defendants' improper diversion of

1   customers searching for the NAMECHEAP mark to Defendant's website
2   <www.namecheap.us> and the sales of Defendants' products and services to
3   customers wrongfully diverted by Defendants from Namecheap in Los Angeles
4   County, State of California.

**FACTUAL BACKGROUND**

*A.     Plaintiff's Intellectual Property*

7       13.     Since as early as the year 2000, Namecheap operated a domain name
8   registrar through its website, accessible at its web address, <namecheap.com>.
9   Namecheap owns the federal trademark registration for the mark
10  NAMECHEAP.COM, United States Trademark Registration No. 3,622,358, used in
11  connection with the marketing and sale of computer services, including domain
12  name registration and web-hosting products and services.   The Trademark
13  Registration is attached hereto as Exhibit B.  Resultantly, since as early as the year
14  2000, Namecheap had rights in the mark "NAMECHEAP."

15      14.     Namecheap has spent a substantial amount of time, money and
16  resources to promote, advertise and protect its mark and has developed valuable
17  goodwill and an outstanding reputation in the NAMECHEAP mark.  Namecheap
18  promotes its products and services in its promotional literature, at trade shows and
19  on its website <www.namecheap.com>.  Notably, a number of other domain names
20  owned and operated by Namecheap corresponding to the NAMECHEAP mark, all
21  "point" to the website.  A true and correct copy of the www.namecheap.com home
22  page is attached hereto as Exhibit C.

23      15.     Namecheap has devoted and continues to invest considerable resources
24  and efforts to promote its mark, logos and domain names in connection with its
25  domain name registration and web-hosting products and services, and as a result,
26  has developed considerable goodwill therein.

27      16.     Namecheap's mark, logos and domain names have become an
28  invaluable asset of Namecheap, signifying the high quality services and products

1  offered by Namecheap.

2  **B.   *Defendants' Wrongful Acts***

3  17.    Namecheap is informed and believes and based thereupon alleges that

4  Defendants' business provides online services through the Infringing Domain,

5  which is confusingly similar to the NAMECHEAP mark in association with the

6  marketing and sale of products and services, specifically those pertaining to domain

7  name registration and web-hosting.  A copy of the web page showing the infringing

8  use is attached hereto as Exhibit D.

9  18.    Since discovering Defendants' illegitimate use of NAMECHEAP mark,

10  Namecheap has demanded in writing that Defendants transfer the Infringing Domain

11  to Namecheap and cease and desist from any and all use thereof, including by letter

12  dated September 12, 2011.  A true and correct copy of that letter is attached hereto

13  as Exhibit E.   Defendants have neither responded nor complied with any of

14  Namecheap's demands, and continue to operate the Infringing Domain and continue

15  to infringe Namecheap's trademark rights.

16  **FIRST CLAIM FOR RELIEF**

17  **FEDERAL TRADEMARK INFRINGEMENT 15 U.S.C. § 1114**

18  (Against All Defendants)

19  19.    Namecheap hereby incorporates the allegations contained in paragraphs

20  1 through 18, inclusive, as though set forth in full.

21  20.    Defendants'   use   of   the   Infringing   Domain,   which   embodies

22  Namecheap's mark is and was without the permission, consent or authorization of

23  Namecheap.

24  21.    Defendants'    actions    constitute    infringement    of    the

25  NAMECHEAP.COM mark in violation of Section 32 of the Lanham Act (15 U.S.C.

26  § 1114) and give rise to a likelihood of confusion, deception and mistake among the

27  consuming public and trade as to the source, origin, sponsorship or affiliation of

28  Defendants' business, services and products.

22. Upon information and belief, Defendants were aware of the NAMECHEAP mark and, specifically, the NAMECHEAP mark prior to their registration and use in commerce of the NAMECHEAP designation embodied in the Infringing Domain. As such, Defendants' use thereof with knowledge of Namecheap's trademark rights renders Defendants' trademark infringement willful.

23. As a direct and proximate result of Defendants' conduct, Namecheap has suffered irreparable harm to its operations, reputation and goodwill including, but not limited to, damage to Namecheap's core business of domain name registration and web-hosting products and services.

24. If Defendants are not enjoined and restrained from their use and promotion of their products and services through the NAMECHEAP mark, Namecheap and its goodwill and reputation will continue to suffer immediate, substantial and irreparable injury that cannot be adequately calculated and compensated in whole by monetary damages.

25. By reason of Defendants' wrongful acts, Namecheap has been injured in an amount to be determined at trial and is entitled to the remedies provided for in 15 U.S.C. §1116, *et seq.*

26. To halt the ever-mounting injury to Namecheap, Namecheap hereby requests that the Court issue temporary, preliminary and permanent injunctive relief, restraining Defendants from further infringing or otherwise violating Namecheap's intellectual property rights as herein described.

## SECOND CLAIM FOR RELIEF

## FEDERAL TRADE NAME INFRINGEMENT AND FALSE DESIGNATION

## OF ORIGIN 15 U.S.C. § 1125(A)

(Against All Defendants)

27. Namecheap hereby incorporates the allegations contained in paragraphs 1 through 26, inclusive, as though set forth in full.

28. Defendants' intentional use of the Infringing Domain, which embodies,

1  the NAMECHEAP mark is and was without the permission, consent or

2  authorization of Namecheap.  Defendants are engaging in the alleged use of

3  Namecheap's mark in interstate commerce in furtherance of their unauthorized

4  promotion, marketing and sale of their services and products.

5        29.    Defendants' unauthorized use of the designation NAMECHEAP

6  embodied in the Infringing Domain is likely to cause confusion, mistake, or

7  deception, in violation of 15 U.S.C. §1125(a) and constitutes the sale of goods or

8  services bearing a false designation or origin.  In addition, Defendants' use of the of

9  the designation NAMECHEAP is likely to mislead and deceive the public into

10  believing that Namecheap either owns, endorses or otherwise sanctions the

11  operation of the domain <www.namecheap.us>.  Defendants' infringement of the

12  NAMECHEAP Mark, especially in connection with services so closely related to

13  Namecheap's business, dilutes and devalues Namecheap's mark.

14        30.    Defendants' use of the designation NAMECHEAP embodied in the

15  Infringing Domain in connection with their promotion, marketing and sale of their

16  goods and services with knowledge of Namecheap's trademark rights renders

17  Defendants' trademark infringement willful, particularly following notice of

18  Namecheap's rights.

19        31.    As a direct and proximate result of Defendants' conduct, Namecheap

20  has suffered and, unless enjoined by the Court, will continue to suffer damage to its

21  operations, reputation and goodwill including, but not limited to, damage to

22  Namecheap's core business of domain name registration and web-hosting products

23  and services.

24        32.    By reason of Defendants' wrongful acts, Namecheap has been injured

25  in an amount to be determined at trial and is entitled to the remedies provided for in

26  15 U.S.C. §1116, *et seq.*

27        33.    To halt the ever-mounting injury to Namecheap, Namecheap hereby

28  requests that the Court issue temporary, preliminary and permanent injunctive relief,

1   restraining Defendants from further infringing or otherwise violating Namecheap's

2   intellectual property rights as herein described.

### THIRD CLAIM FOR RELIEF

### TRADEMARK DILUTION 15 U.S.C. § 1125(C)

(Against All Defendants)

6   34.   Namecheap hereby incorporates the allegations contained in paragraphs

7   1 through 33, inclusive, as though set forth in full.

8   35.   The NAMECHEAP mark is famous and distinctive in the United States

9   and abroad as that term is used in § 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

10   Namecheap has taken reasonable steps to preserve the integrity and image of the

11   NAMECHEAP mark.

12   36.   Defendants' intentional commercial use the designation NAMECHEAP

13   embodied in the Infringing Domain is likely causing and will continue to likely

14   cause dilution of Namecheap's famous and distinctive mark.

15   37.   Defendants began using the NAMECHEAP designation long after

16   Namecheap's mark became famous.

17   38.   Upon information and belief, Defendants' commercial use of the

18   designation NAMECHEAP embodied in the Infringing Domain demonstrates

19   Defendants' willful intent to trade on Namecheap's reputation and to cause dilution

20   of Plaintiff's NAMECHEAP mark.

21   39.   As a direct and proximate result of Defendants conduct, Namecheap

22   has suffered and continues to suffer irreparable injury to Namecheap's business

23   reputation by Defendants' dilution of the distinctive quality of Plaintiff's

24   NAMECHEAP mark, with consequent damage to Namecheap and the business and

25   goodwill symbolized by said trademark, in violation of 15 U.S.C. §1125(c), for

26   which Namecheap has no adequate remedy at law.

27   40.   If Defendants are not enjoined and restrained from their use and

28   promotion of the NAMECHEAP mark on their website and by the domain

1  <www.namecheap.us>, Namecheap and its goodwill and reputation will continue to

2  suffer immediate, substantial and irreparable injury that cannot be adequately

3  calculated and compensated in whole by monetary damages.

4      41.    By reason of Defendants' wrongful acts, Namecheap has been injured

5  in an amount to be determined at trial and is entitled to the remedies provided for in

6  15 U.S.C. §1116, *et seq.*

7  **FOURTH CLAIM FOR RELIEF**

8  **CYBERPIRACY 15 U.S.C. § 1125(D)**

9  (Against All Defendants)

10      42.    Namecheap hereby incorporates the allegations contained in paragraphs

11  1 through 41, inclusive, as though set forth in full.

12      43.    The NAMECHEAP mark is distinctive and is closely associated with

13  Namecheap's formative domain name addresses, including without limitation

14  <www.namecheap.com>.  The NAMECHEAP mark has been used by Namecheap

15  to market Namecheap products and services under the NAMECHEAP name to

16  customers in the United States and abroad.

17      44.    Defendants registered and commenced use of a nearly identical and

18  confusingly similar domain name, the Infringing Domain, in connection with

19  marketing, offering and sale of domain name registration and web-hosting products

20  and services.  Defendants never did business under the name NAMECHEAP and

21  have no intellectual property rights to these designations.

22      45.    Namecheap is informed and believes and based thereupon alleges that

23  Defendants registered and commenced use of the Infringing Domain after becoming

24  aware of the NAMECHEAP.COM mark, as evidenced by the date of the subject

25  registration.

26      46.    Defendants' actions in registering, commencing and continuing use of

27  the Infringing Domain were done with the bad faith intent to profit from such use by

28  trading off the goodwill that Namecheap has accumulated in the NAMECHEAP

1  mark.

2       47.    If Defendants are not enjoined and restrained from their use and

3  promotion of the Infringing Domain, Namecheap and its goodwill and reputation

4  will continue to suffer immediate, substantial and irreparable injury that cannot be

5  adequately calculated and compensated in whole by monetary damages. Moreover,

6  under 15 U.S.C. § 1125(d)(1)(C), Namecheap seeks an injunction ordering

7  Defendants and their registrar to transfer the Infringing Domain to Namecheap.

8  Finally, Namecheap seeks a permanent injunction restraining Defendants from

9  registering any domain name containing the term NAMECHEAP.COM.

10       48.    By reason of Defendants' wrongful acts, Namecheap has been injured

11  in an amount to be determined at trial and is entitled to the remedies provided for in

12  15 U.S.C. §1117 and 1125(d).

13  **FIFTH CLAIM FOR RELIEF**

14  **COMMON LAW UNFAIR COMPETITION**

15  (Against All Defendants)

16       49.    Namecheap hereby incorporates the allegations contained in paragraphs

17  1 through 48, inclusive, as though set forth in full.

18       50.    Defendants' acts as described above, including but not limited to the

19  use of the designation NAMECHEAP embodied in the Infringing Domain constitute

20  unfair competition and are likely to cause confusion or to cause mistake or to

21  deceive as to the origin or affiliation of the products and services sold by

22  Defendants.

23       51.    Defendants' acts, as described above, constitute likelihood of confusion

24  or misunderstanding as to the source, sponsorship, approval or certification of goods

25  or services; likelihood of confusion or misunderstanding as to the affiliation,

26  connection, or association with, or certification, by Namecheap; representations that

27  Defendants' goods or services have sponsorship, approval, status affiliation, or

28  connection that Defendants do not have.

1      52.    As a direct and proximate cause of Defendants' conduct, Namecheap

2  has suffered irreparable harm to the valuable NAMECHEAP mark and domain

3  name <www.namecheap.com> incorporating that mark. Unless Defendants are

4  restrained from further infringement of the NAMECHEAP mark and domain name,

5  Namecheap will continue to be irreparably harmed.

6      53.    Namecheap has no adequate remedy at law to compensate it for the

7  continued and irreparable harm it will suffer if Defendants' actions are allowed to

8  continue. To halt the ever-mounting injury, Namecheap hereby requests that the

9  Court issue temporary, preliminary and permanent injunctive relief, restraining

10 Defendants from further infringing on Namecheap's intellectual property rights.

11     54.    By reason of Defendants' wrongful acts, Namecheap has been injured

12 in an amount to be determined at trial.

13                          **SIXTH CLAIM FOR RELIEF**

14  **UNFAIR COMPETITION CAL. BUS. & PROF. CODE §§ 17200 *ET SEQ.***

15                          (Against All Defendants)

16     55.    Namecheap hereby incorporates the allegations contained in paragraphs

17 1 through 54, inclusive, as though set forth in full.

18     56.    Namecheap brings this claim on behalf of itself and on behalf of the

19 general public, including all customers who purchased products and services from

20 Defendants relying on false designations closely resembling the Namecheap mark.

21     57.    Defendants' infringement of Namecheap's intellectual property rights,

22 as alleged herein, constitutes unlawful, unfair, unethical, oppressive and deceptive

23 business practices under California Business & Professions Code §§ 17200, *et seq.*

24     58.    Defendants' conduct, as alleged herein, violates and threatens to violate

25 consumer protection laws, including trademark laws, and the policy and spirit of

26 such laws, and otherwise threatens or harms competition.

27     59.    Defendants' conduct, as alleged herein, is likely to mislead the general

28 public and, consequently, constitutes a fraudulent business act or practice within the

1  meaning of California Business & Professions Code §§ 17200, *et seq.*

2       60.    Defendants' acts of promoting, offering, marketing or selling their

3  goods and/or services using the NAMECHEAP mark are false and misleading and

4  are designed to deceive the members of the public into believing they are purchasing

5  Namecheap products and/or services offered by Namecheap, when in fact they are

6  purchasing products and/or services from its competitor, SharpRegister.com or

7  Name Services, all in violation of California Business & Professions Code §§

8  17200, *et seq.* These acts continue and will continue to deceive the public, unless

9  enjoined.

10       61.    As a direct and proximate result of Defendants' unfair business

11  practices as alleged herein, Namecheap is entitled to disgorgement of Defendants'

12  wrongfully obtained profits.

13       62.    Further, to halt its ever-mounting injury, Namecheap hereby requests

14  that the Court issue temporary, preliminary and permanent injunctive relief,

15  restraining Defendants from further infringing on Namecheap's intellectual property

16  rights under California Business & Professions Code §§ 17200, *et seq.* and §§

17  17500, *et seq.*

18                **SEVENTH CLAIM FOR RELIEF**

19                 **INJUNCTIVE RELIEF**

20              (Against All Defendants)

21       63.    Namecheap hereby incorporates the allegations contained in paragraphs

22  1 through 62, inclusive, as though set forth in full.

23       64.    In doing the acts described herein, Defendants have irreparably harmed

24  Namecheap by their unlawful use of the of the NAMECHEAP designation

25  embodied in the Infringing Domain, harming Namecheap's goodwill, diminishing

26  the value of its intellectual property and misappropriating sales of goods and

27  services rightfully belonging to Namecheap.

28       65.    Defendants' aforementioned use and intended use of the of the

1  NAMECHEAP designation embodied in the Infringing Domain that re-directs
2  consumers searching for Namecheap's actual products and services marketed under
3  the NAMECHEAP designation is imminent and still on-going and will occur prior
4  to a determination of Namecheap's rights to the matters detailed herein. Namecheap
5  is suffering and will continue to suffer irreparably harm if Defendants' acts are
6  allowed to continue.

7      66.    Namecheap has no adequate remedy at law to compensate it for the
8  continued and irreparable harm it will suffer if Defendants' actions are allowed to
9  continue. It will be utterly impossible for Namecheap to determine the precise
10  amount of damages that it will suffer if Defendants' aforementioned acts are not
11  restrained.

12      67.    Namecheap therefore seeks an injunction preventing Defendants from
13  using the NAMECHEAP mark incorporated into the Infringing Domain.

14                      **EIGHTH CLAIM FOR RELIEF**
15                        **DECLARATORY RELIEF**
16                        (Against All Defendants)

17      68.    Namecheap hereby incorporates the allegations contained in paragraphs
18  1 through 67, inclusive, as though set forth in full.

19      69.    An actual controversy has arisen and now exists between Namecheap
20  and Defendants concerning their respective rights and duties relating to the
21  NAMECHEAP mark, as used by Defendants in connection with the Infringing
22  Domain. Namecheap contends that Defendants have violated its rights by using the
23  NAMECHEAP designation embodied in the Infringing Domain name to point users
24  browsing for Namecheap's products and services marketed under the
25  NAMECHEAP mark to the Defendants' website, www.namecheap.us, which
26  markets and sells products and services similar to the ones marketed and sold by
27  Namecheap. Further, Namecheap contends that Defendants are violating its rights
28  by refusing to cease and desist use of the aforementioned misappropriated

1  intellectual property.

2      70.   Namecheap is informed and believes that Defendants dispute the

3  contentions herein and intend to continue to act in disregard of Namecheap's rights.

4  Namecheap is further informed and believes, and thereon alleges, Defendants

5  contend that they are engaged in rightful use of the aforementioned mark, and the

6  Infringing Domain and that they are not violating Namecheap's rights.

7      71.   Namecheap desires a judicial determination of its rights and duties with

8  respect to the ownership of the NAMECHEAP designation.

9      72.   A judicial declaration is necessary and appropriate at this time under

10  the circumstances and to promote judicial efficiency. For the same reasons,

11  Namecheap desires a prompt resolution of the issues herein.

12  **PRAYER FOR RELIEF**

13      WHEREFORE, Namecheap prays for judgment against Defendants as

14  follows:

15  **On the First Claim for Relief**

16      1.   For Plaintiff and against Defendants on the first claim for violation of

17  15 U.S.C. § 1114 in an amount to be proven at trial;

18      2.   For an injunction enjoining and restraining Defendants, as well as its

19  officers, directors, attorneys, and managing agents, and all those in active concert or

20  participation with them from directly or indirectly promoting, advertising,

21  publishing, proliferating or using Namecheap's trademark or any imitation thereof

22  in any way that is likely to cause confusion with or the dilution of Namecheap's

23  trademark;

24      3.   For all of Defendants' profits derived from the infringement of the

25  NAMECHEAP Mark;

26      4.   For three times the amount of damages that Namecheap has sustained

27  as a result of Defendants' violation of 15 U.S.C. § 1114; and

28      5.   For costs of suit and attorneys' fees incurred herein.

**On the Second Claim for Relief**

1.     For Namecheap and against Defendants on the second claim for violation of 15 U.S.C. § 1125(a) in an amount to be proven at trial;

2.     For an injunction enjoining and restraining Defendants, as well as its officers, directors, attorneys, and managing agents, and all those in active concert or participation with them from directly or indirectly promoting, advertising, publishing, proliferating or using Namecheap's trademark or any imitation thereof in any way that is likely to cause confusion with or the dilution of Namecheap's trademark;

3.     For three times the amount of damages that Namecheap has sustained as a result of Defendants' violation of 15 U.S.C. § 1125(a); and

4.     For costs of suit and attorneys' fees incurred herein.

**On the Third Claim for Relief**

1.     For Namecheap and against Defendants on the third claim for violation of 15 U.S.C. § 1125(c) in an amount to be proven at trial;

2.     For an injunction ordering Defendants to cease engaging in any and all infringement of Namecheap's trademark;

3.     For an injunction enjoining and restraining Defendants, as well as their officers, directors, attorneys, and managing agents, and all those in active concert or participation with them from directly or indirectly promoting, advertising, publishing, proliferating or using Namecheap's trademark or any imitation thereof in any way that is likely to cause confusion with or the dilution of Namecheap's trademark; and

4.     For costs of suit and attorneys' fees incurred herein.

**On the Fourth Claim for Relief**

1.     For Namecheap and against Defendants on the fourth claim for violation of 15 U.S.C. § 1125(d) for no less than the statutory damages of $100,000.00 per domain name pursuant to 15 U.S.C. § 1117(d);

2.     For disgorgement of profits realized as a result of the registration, trafficking and use by Defendant of the www.namecheap.us domain name, and that such award be treble pursuant to 15 U.S.C. § 1117(a);

3.     For disgorgement of profits realized as a result of the registration, trafficking and use by Defendant of the www.namecheap.us domain name pursuant to 15 U.S.C. § 1117(a);

4.     For attorneys fees' and costs under 15 U.S.C § 1117(a).

5.     For an injunction ordering the immediate transfer of the domain name <namecheap.us> from Defendants and to Namecheap; and

6.     For costs of suit and attorneys' fees incurred herein.

### On the Fifth Claim for Relief

1.     For Namecheap and against Defendants on the fifth claim for violation of common law unfair competition in an amount to be proven at trial;

2.     For such damages as Namecheap has sustained as a result of Defendants' acts of common law unfair competition, in an amount to be proven at trial;

3.     For exemplary and punitive damages in an amount to be determined at trial;

4.     For an injunction ordering Defendants to cease engaging in any and all infringement of Namecheap's trademark or domain name; and

5.     For costs of suit and attorneys' fees incurred herein.

### On the Sixth Claim for Relief

1.     For Namecheap and against Defendants on the sixth claim for relief for unfair competition in violation of California Business & Professions Code §§ 17200, et seq.;

2.     For an injunction enjoining and restraining Defendants as well as their officers, directors, attorneys, and managing agents, and all those in active concert or participation with them from directly or indirectly promoting, advertising,

17

1  publishing, proliferating or using Namecheap's trademark or any imitation thereof
2  in any way that is likely to cause confusion with or the dilution of Namecheap's
3  trademark;

4      3.    For an order disgorging all profits gained by Defendants as a result of
5  Defendants' acts of unfair competition in violation of California Business &
6  Professions Code §§ 17200, *et seq.*; and

7      4.    For costs of suit and attorneys' fees incurred herein.

8  **On the Seventh Claim for Relief**

9      1.    For Namecheap and against Defendants on the seventh claim for
10  injunctive relief;

11      2.    For an injunction enjoining and restraining Defendants, as well as their
12  officers, directors, attorneys, and managing agents, and all those in active concert or
13  participation with them from directly or indirectly promoting, advertising,
14  publishing, proliferating, or using in any way Namecheap's trademark or any
15  imitation thereof, or otherwise engaging in the infringement of Namecheap's
16  trademark or domain name, including but not limited to preventing Defendants from
17  using the NAMECHEAP mark incorporated into the Infringing Domain and an
18  order instructing Defendants, and each of them, to transfer the Infringing Domain to
19  Namecheap; and

20      4.    For costs of suit and attorneys' fees incurred herein.

21  **On the Eighth Claim for Relief**

22      1.    For a declaration that Defendants have no rights to the NAMECHEAP
23  mark or any derivation thereof and no rights to use domain name <namecheap.us>.

24  **On all Claims for Relief**

25      1.    For reasonable attorneys' fees;

26      2.    For costs of suit incurred herein;

27      3.    For interest thereon;

28      4.    For corrective advertising; and

COMPLAINT

1    5.    For such other and further relief as the Court deems just and proper.

2

3    Dated:  October 18, 2011            ROME & ASSOCIATES, A.P.C.
                                         Eugene Rome
4

5                                        By: _____
6                                                EUGENE ROME
                                         Attorneys for Plaintiff NAMECHEAP,
7                                        INC.

8                        **DEMAND FOR JURY TRIAL**

9         Plaintiff NAMECHEAP, INC., hereby requests a trial by jury on all issues
10   triable by a jury.
11

12

13   Dated:  October 18, 2011            ROME & ASSOCIATES, A.P.C.
                                         Eugene Rome
14

15                                       By: _____
16                                               EUGENE ROME
                                         Attorneys for Plaintiff NAMECHEAP,
17                                       INC.

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

NameCheap.us - NameCheap

# DomainTools

Open a FREE Account | Log in | Help

namecheap.us    Whois Search    Search

More Domains
Reverse Whois
History Details
Get Notified
Trademark Monitor
Screenshot History

Ads by Google

**CA Fictitious Name Filing**
Easily File & Publish California Fictitious Business Names Online!
www.SignatureFiling.com

**Business Registration**
Business Registration-Corp/LLC/DBA Partnership/Non-Profit.Done 24-48hr
InfoTaxSquare.com/Register_Business

**Los Angeles Daily Coupons**
Get Up To 90% Off On Daily Deals Every Single Day - Get Yours Today!
Dealfind.com/LosAngeles

**Watch Movies Online**
Free Movie Clips & Sneak Peaks. Choose from Hundreds of Movies!
FilmFanatic.MyWebSearch.com

**YouTube On Your Site**
Learn More About Advertising On YouTube. Contact Us To Learn How.
www.google.com/ads/youtube

**Domain Name Registration**
Read the Reviews, Compare Prices, Find the Best Domain Registration
www.consumersearch.com

**1/2 Rack- 1 Wilshire $549**
10 AMPs - 10Mbits Blended Bandwidth 64 IPs, 24x7 Support. No Setup Fee
www.rackalley.com

## Whois Record For NameCheap.us

Ads by Google

**Merchant Cash Advance** Biz Must Accept Credit Cards, Up To $250k in 72 hrs. Apply Online Now. MerchantCapitalSource.com

**GoDaddy #1 domain names** $7.49 .COM Domains - Save Today inc: Hosting, Blogcast, Email, More GoDaddy.com

**$6.99 Domain Names** Special Offer: Domains Only $6.99. By the Original Domain Registrar! www.NetworkSolutions.com

**Buy Premium Domain Names** Find Your Domain Name Today! Search Millions of Names. www.BuyDomains.com

**Business Name** $89 - DBA/FBN filing & publishing $38 - publish only / Live Operators www.CentralDBA.com

Like

Whois Record    Site Profile    Registration    Server Stats    My Whois

Reverse Whois: "www.SharpRegister.com" owns about 185 other domains

Email Search: support@sharpregister.com is associated with about 382 domains

NS History: 1 change on 2 unique name servers over 7 years.

IP History: 205 changes on 21 unique IP addresses over 7 years.

Whois History: 49 records have been archived since 2001-01-03.

Reverse IP: 319,260 other sites hosted on this server.

Log in or Create a FREE account to start monitoring this domain name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere...
right from your own desktop!    Download Now>

```
Domain Name:                              NAMECHEAP.US
Domain ID:                                D5257182-US
Sponsoring Registrar:                     ENOM, INC.
Registrar URL (registration services):    whois.enom.com
Domain Status:                            ok
Registrant ID:                            50D0149AB3238810
Registrant Name:                          Norman Stafford
Registrant Organization:                  www.SharpRegister.com
Registrant Address1:                      PO Box 401
Registrant City:                          Newburg
Registrant State/Province:                MD
Registrant Postal Code:                   20664
Registrant Country:                       United States
Registrant Country Code:                  US
Registrant Phone Number:                  +1.3017531045
Registrant Email:                         support@sharpregister.com
Registrant Application Purpose:           P1
Registrant Nexus Category:                C11
Administrative Contact ID:                50D0149AB3238810
Administrative Contact Name:              Norman Stafford
Administrative Contact Organization:      www.SharpRegister.com
Administrative Contact Address1:          PO Box 401
Administrative Contact City:              Newburg
Administrative Contact State/Province:    MD
Administrative Contact Postal Code:       20664
Administrative Contact Country:           United States
Administrative Contact Country Code:      US
Administrative Contact Phone Number:      +1.3017531045
Administrative Contact Email:             support@sharpregister.com
Administrative Application Purpose:       P1
Administrative Nexus Category:            C11
Billing Contact ID:                       50D0149AB3238810
Billing Contact Name:                     Norman Stafford
Billing Contact Organization:             www.SharpRegister.com
Billing Contact Address1:                 PO Box 401
Billing Contact City:                     Newburg
Billing Contact State/Province:           MD
Billing Contact Postal Code:              20664
Billing Contact Country:                  United States
Billing Contact Country Code:             US
Billing Contact Phone Number:             +1.3017531045
Billing Contact Email:                    support@sharpregister.com
Billing Application Purpose:              P1
Billing Nexus Category:                   C11
Technical Contact ID:                     50D0149AB3238810
```



**Country TLDs**   General TLDs

Available domains for registration:

☐ NameCheap.dk        Register
☐ NameCheap.jp        Register
☐ NameCheap.mx        Register

Register All Selected >



Exhibit A  21

NameCheap.us - NameCheap

### Domain Names

Find the right domain
name for your
business today
www.businessrank.com

### New Domain
Names

Get New Domain Name
Quotes. Your Source
For Business Services!
serviceanswers.com



2011 Domain Tools, LLC. All
rights reserved. Contact Us | Blog |
Desktop Tools | Terms of

```
Technical Contact Name:
Technical Contact Organization:
Technical Contact Address1:
Technical Contact City:
Technical Contact State/Province:
Technical Contact Postal Code:
Technical Contact Country:
Technical Contact Country Code:
Technical Contact Phone Number:
Technical Contact Email:
Technical Application Purpose:
Technical Nexus Category:
Name Server:
Name Server:
Name Server:
Name Server:
Created by Registrar:
Domain Registration Date:
Domain Expiration Date:
```

```
Norman Stafford
www.SharpRegister.com
PO Box 401
Newburg
MD
20664
United States
US
+1.3017531045
support@sharpregister.com
P1
C11
DNS1.NAME-SERVICES.COM
DNS2.NAME-SERVICES.COM
DNS3.NAME-SERVICES.COM
DNS4.NAME-SERVICES.COM
ENOM, INC.
Thu Jan 01 02:21:45 GMT 2004
Tue Dec 31 23:59:59 GMT 2013
```

Related Results

### Homestead® Websites
Build & own a website in minutes. Try
Homestead Quick Sites for free!
www.Homestead.com

### Local Singles - Free Pics
1000s of Local Singles Want to Chat!
View Pics & Profiles for Free!
true.com

### Domains For Less
Free Whois Privacy and Domain API.
Advanced Tools. See Our Prices!
www.namesilo.com

### The Next Internet Boom
Stock investment With 1,000%
Potential Gains
www.smauthority.com

AdChoices                    Chitika | Opt out?



http://whois.domaintools.com/namecheap.us

10/18/2011

# Exhibit B

Trademark Electronic Search System (TESS)                                      Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Oct 15 04:35:46 EDT 2011*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | SEARCH OG | BOTTOM | HELP |

**Logout** Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TARR Status | ASSIGN Status | TDR | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*

# NameCheap.com

| | |
|---|---|
| **Word Mark** | NAMECHEAP.COM |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer services, namely, redirecting electronic mail to changed personal electronic address; re-direction and forwarding of messages; filtering of unwanted e-mails; hosting and maintaining an on-line web site for others to register, manage and transfer domain names for use on a global computer network; creating, maintaining and hosting web sites for others. FIRST USE: 20001109. FIRST USE IN COMMERCE: 20001109 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77579698 |
| **Filing Date** | September 26, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 3, 2009 |
| **Registration Number** | 3622358 |
| **Registration Date** | May 19, 2009 |
| **Owner** | (REGISTRANT) NameCheap, Inc. CORPORATION DELAWARE 11400 W. Olympic Boulevard Suite 200 Los Angeles CALIFORNIA 90064 |
| **Attorney of** | |

Exhibit B

24

Trademark Electronic Search Syst    (TESS)                              Page 2 of 2

| | |
|---|---|
| **Record** | Eugene Rome |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |
|---|---|---|---|---|---|---|---|

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit B    25

# Exhibit C

Exhibit C   2 6

 **Namecheap**
*Address your life!*

Domain Registration with FREE E-mail/ URL
Forwarding, Privacy Protection and more...

| Username | Password |

Blog | Forums | | Status

Shopping Cart · User: Signup | Login · Whois · | USD | 24x7 SUPPORT

# We Offer Domains, Web Hosting, SSL Certificates and more for Low Prices

**New Low Price**
.US is now only $6.99/year.
Click to Register

| **Domains**
from $2.99/yr | **Domain Transfer**
from just $4.99/yr | **WhoisGuard**
for just $1.99/yr |

 VOTED BEST **DOMAIN REGISTRAR**
by lifehacker readers

## Register your domains from just $2.99/yr. **Search Now**

| www. | Enter Domain to Search | .com | Search |

Bulk Domain Search    Whois Lookup    Pricing Details

*This is Chris F. from Moonbox Design.
I just wanted to say its a small price to pay
for such excellent service. I've been using
you guys for years now. You are by far the
best registrar I've ever done business with.*

— Chris F., Owner/ Creative Director,
moonboxdesign.com

more testimonials

**Features Included:**

Free WhoisGuard Protection
Featured DNS Services
Security Features

Free Url & Email Forwarding
Full Domain Control
Show all domain features ...

| **Web Hosting** | starting at $**2**.95 per month | **SSL Certificates** | starting at $**8**.95 per year | **Domain Transfer** | starting at $**4**.99 per year |
|---|---|---|---|---|---|

| Web Hosting | $2.95/mo | Comodo PositiveSSL | $8.95/yr |
|---|---|---|---|
| Reseller Hosting | $14.95/mo | RapidSSL Certificate | $9.95/yr |
| Virtual Private Servers (VPS) | $16.95/mo | Comodo EV SSL | $139.00/yr |
| Dedicated Servers | $109.00/mo | Comodo EssentialSSL | $25.00/yr |

Transfer your domain to Namecheap.com

yourdomain.com

Transfer Process

★ Tell your friends how much you love Namecheap, and win $5000 in cash
★ Host unlimited domain names for a single monthly price with Namecheap Reseller Hosting

| **Products** | **Help** | **Legal** | |
|---|---|---|---|
| Domains | Knowledgebase | Terms and Conditions | |
| Transfers | Live Support | Privacy Policy | |
| Web Hosting | Submit Ticket | UDRP | |
| SSL Certificates | How-to Videos | | |
| FreeDNS | Twitter | **Others** | |
| WhoisGuard Privacy | Facebook | Affiliate Program | |
| Marketplace | Community Forums | Contests | |
| Developer API | About Us | Sitemap | |

**Subscribe to our Newsletter**

your@email.com    SUBSCRIBE

Receive exclusive coupons and news about us by
subscribing to our newsletter (sent twice a month)

Follow us on Twitter    Like us on Facebook

The entirety of this site is protected by copyright © 2001–2011 Namecheap.com. Please send your questions/ comments to us at support@namecheap.com.

We are an ICANN accredited registrar.
*Serving customers since 2001*

Payment Options  **TRUSTe**

Exhibit C

27

Cheap Domain Names Registration  Domain Transfer, SSL Certificates, Free  NS, Privacy Prote... Page 2 of 2

Exhibit C

*28*

# Exhibit D

 **NameCheap.us**

October 18, 2011 05:19 PM, US Eastern Time

www.

[ Enter Domain Name ]

**Register**

┌─ Account Login ─────────────────────────

**New User**          **Click Here to Register**

**Returning User**

     **Username** [                    ]

     **Password** [                    ]

     [ Login ]

Please ensure your contact information is
always current after you successfully logon.

If you can't remember your login, click here.
Please read our policies.

└─────────────────────────────────────────

## welcome

It's quick to register and easy to manage
your domain names when you use the
leading provider. We give you the benefit
of years of experience you can rely on and
trust.

## start here

The three-step Registration Process :

- Create an Account
- Login
- Register, Renew, & Transfer your Domains

## now available

## bulk register

You can register or transfer up to 150
names at once!

Bulk Domain Name Registrations

Bulk Domain Name Transfers

## pricing

| Domain | Register | Renew | Transfer |
|--------|----------|-------|----------|
| com | $12.95 | $11.95 | $10.95 |
| net | $12.95 | $11.95 | $10.95 |
| org | $12.95 | $11.95 | $10.95 |
| biz | $12.95 | $11.95 | $10.95 |
| info | $12.95 | $11.95 | $10.95 |
| us | $12.95 | $11.95 | $10.95 |

## now available

### Synchronizations

For your convenience, we now have a
"Synchronization" feature. This option allows
users to consolidate the renewal dates of the
domains in their accounts into a single date.
The benefit to this service is that owners of
multiple domains no longer have to keep up
with multiple renewal notices during the year.
The renewals of all of your domain names will
occur on the same day every year.

This service costs $5.95 per domain name that
is affected, and there is a fee of $2.50 for each
"month moved". As a reminder, this service is
only available for COM and NET extensions.

Exhibit D    30

now available



.info Domains Available!
Don't wait to register your .info domains.

now available

.biz Domains Available!
Secure your Internet identity in the new
generation of top-level domains. The
new .biz top-level domain is expected to
rival .com in popularity.

now available

.us

.us Domains Available!
Don't wait to register your Patriotic .us
domains.

Show your support for America!

.us

**EXAMPLE:**
**Before Synchronization**

| Domain | Renewal Date |
|--------|--------------|
| domain.com | 10/10/2004 |
| domain.net | 03/07/2004 |
| domain2.com | 02/26/2005 |

**After Synchronization**

| Domain | Renewal Date |
|--------|--------------|
| domain.com | 10/10/2004 |
| domain.net | 10/10/2004 |
| domain2.com | 10/10/2005 |

**Amount Paid**

| | |
|--|--|
| $5.95 X 2 domains | =$11.90 |
| $2.50 X 15 months | =$37.50 |
| **TOTAL** | **$49.40** |



**Copyright 1996-2004 All Rights Reserved NameCheap.us. Another <u>TechApe.com</u> site**

# Exhibit E

# Rome & Associates

2029 century park east, suite 1040, los angeles, ca 90067
tel: (310) 282 0690 / fax: (310) 282 0691


September 12, 2011


## VIA FIRST CLASS MAIL; E-MAIL: SUPPORT@SHARPREGISTER.COM


Mr. Norman Stafford
SharpRegister.com
P.O. Box 401
Newburg, MD 20664


   **Re:**  *Domain Name <namecheap.us>*


Dear Mr. Stafford:

  My firm serves as counsel to Namecheap, Inc., d/b/a Namecheap.com ("Namecheap"). Namecheap is the owner of the trademark NameCheap.com, U.S. Registration No. 3622358, (the "Registered Mark") which it employs in connection with its business. A copy of Namecheap's Registered Mark is attached to this letter as Exhibit A. Namecheap's first use in commerce of the Registered Mark was as early as 2000.

  Namecheap's federal registration of provides certain proprietary rights. This includes the right to restrict the use of the trademark, or a confusingly similar trademark, in association with confusingly similar products or services. These registrations constitute conclusive evidence of Namecheap's ownership of the Registered Mark as well as Namecheap's exclusive right to use or license the Registered Mark. As a matter of law, these registrations served to provide constructive notice to your company of Namecheap's rights in the Registered Mark.

  It has come to Namecheap's attention that your business provides online services through the domain <namecheap.us> (the "Infringing Domain"), which is confusingly similar to the Registered Mark, in association with the marketing and sale of your products & services, specifically the sale and hosting domain services. A copy of the printout of the website appearing at the Infringing Domain is attached to this letter as Exhibit B. Furthermore, the Infringing Domain is capitalizing on the confusion by diverting traffic to its website in violation of laws regarding trademark infringement, counterfeiting, and unfair competition.

  Since SharpRegister.com is itself involved in services competing with the services offered by Namecheap, *i.e.* "[a]t SharpRegister.com we offer the best domain related products and services available online. The services we offer include Windows Web Hosting, Linux Web Hosting, Web Site Creator, Domain Registrations, RichContent, ID Protect, GeoTrust SSL Certificates, Comodo SSL Certificates, POP Email, Email Forwarding, Ratepoint, Reseller Services, DNS Hosting, URL

Mr. Norman Stafford
SharpRegister.com
September 12, 2011
Page 2

Forwarding, goMobi, TRUSTe Privacy Policy, Premium Domain Registration, Traffic Generator" and because there is nothing that demonstrates that your company has ever been known as "Namecheap" it is apparent that the trademark infringement subject of your company's actions was and continues to be willful.

Due to these concerns, and because unauthorized use of our client's federally registered trademark amounts to an infringement of Namecheap's trademark rights, on Namecheap's behalf, we demand that you perform the following acts:

(1) Immediately deactivate the namecheap.us website;

(2) Contact my office in order to coordinate a transfer of the namecheap.us domain name to Namecheap, Inc.

(3) Provide my office with the following records for the Infringing Domain for the period of January 1, 2004 through the date of your response to this letter: (i) DNS server logs; (ii) web server logs; (iii) web analytics logs; and (iv) Google analytics information.

Unless we receive a response to this letter indicating that you will omit from future use of the "Namecheap" term and that you will deactivate the content and voluntarily transfer to us the Infringing Domain within ten (10) calendar days of the date of this letter, we will file a trademark infringement action against SharpRegister.com and will subsequently "Doe" in the individual responsible for the registration and exploitation of the namecheap.us domain. Be advised that should you force Namecheap to pursue its rights in that fashion then, in addition to injunctive relief, it will also seek damages, including damages for willful infringement, and attorneys' fees under the Lanham Act in connection with the foregoing acts in derogation of Namecheap's rights.

This letter is not intended to constitute, nor shall it be deemed to constitute, a full statement of all facts, rights or claims relating to this matter, nor is it intended, nor shall it be construed as a waiver, release or relinquishment of any rights or remedies available to my client, whether legal or equitable, all of which are herby expressly reserved.

Very truly yours,

Eugene Rome

cc:     Namecheap, Inc.

# Exhibit A

Trademark Electronic Search System (TESS)                                          Page 1 of 2

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Sep 10 04:35:46 EDT 2011*

**TESS HOME**   **NEW USER**   **STRUCTURED**   **FREE FORM**   **BROWSE DICT**   **SEARCH OG**   **BOTTOM**   **HELP**

**Logout**  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

**TARR Status**   **ASSIGN Status**   **TDR**   **TTAB Status**   *( Use the "Back" button of the Internet
Browser to return to TESS)*

# NameCheap.com

| | |
|---|---|
| **Word Mark** | NAMECHEAP.COM |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer services, namely, redirecting electronic mail to changed personal electronic address; re-direction and forwarding of messages; filtering of unwanted e-mails; hosting and maintaining an on-line web site for others to register, manage and transfer domain names for use on a global computer network; creating, maintaining and hosting web sites for others. FIRST USE: 20001109. FIRST USE IN COMMERCE: 20001109 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters,punctuation and mathematical signs,zodiac signs,prescription marks |
| **Serial Number** | 77579698 |
| **Filing Date** | September 26, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 3, 2009 |
| **Registration Number** | 3622358 |
| **Registration Date** | May 19, 2009 |
| **Owner** | (REGISTRANT) NameCheap, Inc. CORPORATION DELAWARE 11400 W. Olympic Boulevard Suite 200 Los Angeles CALIFORNIA 90064 |
| **Attorney of** | |

Exhibit E     3 6

Trademark Electronic Search System (TESS)                                    Page 2 of 2

| | |
|---|---|
| Record | Eugene Rome |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit E    37

# Exhibit B

'Domain Name Registration – Buy and Renew Domains .com .net .or...          https://namecheap.nameservices.net/domainregistration/login.jsp



### NameCheap.us

September 12, 2011 12:56 PM, US Eastern Time

www. | Enter Domain Name |

**Register**          H

---

### Account Login

**New User**          **Click Here to Register**

**Returning User**

Username |_____|

Password |_____|

[ Login ]

Please ensure your contact information is
always current after you successfully logon.

If you can't remember your login, click here.
Please read our policies.

---

### welcome

It's quick to register and easy to manage your domain names when you use the leading provider. We give you the benefit of years of experience you can rely on and trust.

### start here

The three-step Registration Process :

- × Create an Account
- × Login
- × Register, Renew, & Transfer your Domains

### now available

### bulk register

You can register or transfer up to 150 names at once!

Bulk Domain Name Registrations

Bulk Domain Name Transfers

### now available

Info

### pricing

| Domain | Register | Renew | Transfer |
|--------|----------|-------|----------|
| com | $12.95 | $11.95 | $10.95 |
| net | $12.95 | $11.95 | $10.95 |
| org | $12.95 | $11.95 | $10.95 |
| biz | $12.95 | $11.95 | $10.95 |
| info | $12.95 | $11.95 | $10.95 |
| us | $12.95 | $11.95 | $10.95 |

### now available

#### Synchronizations

For your convenience, we now have a "Synchronization" feature. This option allows users to consolidate the renewal dates of the domains in their accounts into a single date. The benefit to this service is that owners of multiple domains no longer have to keep up with multiple renewal notices during the year. The renewals of all of your domain names will occur on the same day every year.

This service costs $5.95 per domain name that is affected, and there is a fee of $2.50 for each "month moved". As a reminder, this service is only available for COM and NET extensions.

#### EXAMPLE:

Before Synchronization

Exhibit E     39

'Domain Name Registration - Buy and Renew Domains .com .net .or...          https://namecheap.nameservices.net/domainregistration/login.jsp

.info Domains Available!
Don't wait to register your .info domains.

now available



.biz Domains Available!
Secure your Internet identity in the new
generation of top-level domains. The new
.biz top-level domain is expected to rival
.com in popularity.

now available



.us Domains Available!
Don't wait to register your Patriotic .us
domains.

Show your support for America!



Copyright 1996-2004 All Rights Reserved NameCheap.us. Another TechApe.com site