**ROME & ASSOCIATES, A.P.C.**
Eugene Rome (SBN 232780)
erome@romeandassociates.com
Elizabeth Saura Wang (SBN 272306)
lsaura@romeandassociates.com
2029 Century Park East, Suite 1040
Los Angeles, California 90067
Telephone: (310) 282-0690
Facsimile: (310) 282-0691

Attorneys for Plaintiff
NAMECHEAP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAMECHEAP, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NORMAN STAFFORD, an individual, and SHARPREGISTER.COM, an entity of unknown origin, and DOES 1 through 10,<br><br>Defendants. | CASE NO.: 2:11-cv-08756-PA-RZ<br><br>**DECLARATION OF SERGIO HERNANDEZ IN SUPPORT OF NAMECHEAP, INC.'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT NORMAN STAFFORD**<br><br>Date: April 16, 2012<br>Time: 1:30 p.m.<br>Courtroom: 15<br>Judge: Hon. Percy Anderson |

## **DECLARATION OF SERGIO HERNANDEZ**

I, Sergio Hernandez, declare as follows:

1. I am operations manager of Plaintiff Namecheap, Inc. ("Namecheap") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration and if called upon to testify under oath, I could and would testify competently thereto.

2. Since as early as the year 2000, Namecheap operated a domain name registrar through its website, accessible at its web address, www.namecheap.com.

3. Namecheap owns the federal trademark registration for the mark NAMECHEAP.COM, United States Trademark Registration No. 3,622,358, used in connection with the marketing and sale of computer services, including domain name registration and web-hosting products and services. As such, since as early as the year 2000, Namecheap had rights in the mark "NAMECHEAP." Attached hereto and incorporated herein by reference as Exhibit "1" is a true and correct copy of the Namecheap.com Trademark Registration.

4. Namecheap has spent a substantial amount of time, money and resources to promote, advertise and protect its mark and has developed valuable goodwill and an outstanding reputation in the NAMECHEAP mark. Namecheap promotes its products and services in its promotional literature, at trade shows and on its website <www.namecheap.com>. Notably, a number of other domain names owned and operated by Namecheap corresponding to the NAMECHEAP mark, all "point" to the website. In other words, they direct traffic from the other websites to Namecheap's main website, www.namecheap.com.

5. Namecheap has devoted and continues to invest considerable resources and efforts to promote its mark, logos and domain names in connection with its domain name registration and web-hosting products and services, and as a result, has developed considerable goodwill therein.

6. Namecheap's mark, logos and domain names have become an invaluable asset of Namecheap, signifying the high quality services and products offered by Namecheap.

I declare under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California on March 20, 2012

*[signature]*
Sergio Hernandez

# Exhibit 1


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Tue Mar 20 04:35:50 EDT 2012

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TARR Status | ASSIGN Status | TDR | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# NameCheap.com

| | |
|---|---|
| **Word Mark** | NAMECHEAP.COM |
| **Goods and Services** | IC 042. US 100 101. G & S: Computer services, namely, redirecting electronic mail to changed personal electronic address; re-direction and forwarding of messages; filtering of unwanted e-mails; hosting and maintaining an on-line web site for others to register, manage and transfer domain names for use on a global computer network; creating, maintaining and hosting web sites for others. FIRST USE: 20001109. FIRST USE IN COMMERCE: 20001109 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | NOTATION-SYMBOLS Notation Symbols such as Non-Latin characters, punctuation and mathematical signs, zodiac signs, prescription marks |
| **Serial Number** | 77579698 |
| **Filing Date** | September 26, 2008 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 3, 2009 |
| **Registration Number** | 3622358 |

| | |
|---|---|
| Registration Date | May 19, 2009 |
| Owner | (REGISTRANT) NameCheap, Inc. CORPORATION DELAWARE 11400 W. Olympic Boulevard Suite 200 Los Angeles CALIFORNIA 90064 |
| Attorney of Record | Eugene Rome |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY